**308**

charging a conspiracy to violate the internal revenue laws having to do with distilled spirits. Each of the errors assigned has been carefully considered and found to be without merit. There was no abuse of discretion in denying the motion to transfer the case to the Northern District of Alabama. The error based on the procedure used with respect to the plea of guilty entered by a co-defendant is without substance, as are the errors based on the admission and rejection of evidence. The charge on entrapment as given was proper under the circumstances, and the argument of the prosecutor which is claimed as prejudicial was adjusted to the defenses and evidence offered.

Affirmed.

The **OHIO CASUALTY INSURANCE COMPANY, a body corporate, and Jacqueline Marie Krasauskas, infant and John W. Krasauskas, father and next friend, Appellees,**

v.

**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, Appellant.**

No. 10018.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 2, 1965.

Decided Nov. 5, 1965.

Donald L. Allewalt, Baltimore, Md., for appellant.

Alva P. Weaver, III, Baltimore, Md. (Robert E. Coughlan, Jr., and Lord, Whip, Coughlan & Green, Baltimore, Md., on brief), for appellee Ohio Casualty Ins. Co.

Stanley Klavan, Silver Spring, Md., for appellees Jacqueline Marie Krasauskas, infant and John W. Krasauskas, father and next friend.

Before HAYNSWORTH, Chief Judge, SOBELOFF, Circuit Judge, and MICHIE, District Judge.

PER CURIAM.

The judgment is affirmed upon the opinion of the District Court.*

Affirmed.

Zackriah **RICHARDS, Appellant,**

v.

**William C. HOLMAN, Warden, Kilby Prison, Appellee.**

No. 22570.

United States Court of Appeals
Fifth Circuit.

Nov. 15, 1965.

Zackriah Richards, Montgomery, Ala., for appellant.

Paul T. Gish, Jr., Asst. Atty. Gen., Montgomery, Ala., Richmond M. Flowers, Atty. Gen. of Alabama, Montgomery, Ala., for appellee.

Before MARIS,* RIVES and BELL, Circuit Judges.

PER CURIAM.

We find ourselves in agreement with the opinion and decision of the district court reported in 239 F.Supp. at page 137.

The judgment is therefore affirmed.

---

\* Ohio Casualty Ins. Co. v. Pennsylvania Nat. Mut. Cas. Ins. Co., D.C., 238 F. Supp. 706.

\* Of the Third Circuit, sitting by designation.